UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 07-10012-RWZ

UNITED STATES OF AMERICA

v.

CARL BARROWS

ORDER
February 21, 2008

ZOBEL, D.J.

At defendant's sentencing hearing I accepted the unopposed Guideline calculations of the Probation Officer which resulted in a total offense level of 17 and a criminal history category of II.  These numbers, in turn, yielded a range of imprisonment of 27 to 33 months.  The sentence imposed was one year and one day which translates into a sentence to be served of just over ten months.

I took note of defendant's difficult background, his ability and his immaturity, and specifically stated that the sentence was designed to alert defendant to the consequences of crime.  Defendant will complete this sentence on March 31, 2008, and he already resides in a halfway house.

Defendant has now moved for a further reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) which would move defendant's release date from March 31 to March 3, 2008, the effective date of the retroactivity provision.

Given the most reasonable and lenient sentence imposed and the reasons therefor, the motion is denied.

|  |  |
|---|---|
| February 21, 2008 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |